IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MARCOS ANTONIO AGUILAR-RODRIGUEZ, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>ERIC H. HOLDER, *et al.*, )<br>)<br>Respondents. ) | Case No. 4:14-cv-1224-KOB-TMP |

## **MEMORANDUM OPINION**

The magistrate judge filed his report and recommendation on January 28, 2016, recommending dismissal of petitioner's 28 U.S.C. § 2241 petition for *habeas corpus* relief. (Doc.11). No party has filed any objections.

Having now carefully considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge report and ACCEPTS his recommendation. The court finds that the petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

DONE and ORDERED this 29th day of February, 2016.

KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE